| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Eagan, Claire V. | 2. Court or Organization USDC/N. Dist. of Oklahoma | 3. Date of Report 05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
333 W. 4th Street, Room 411
Tulsa, Oklahoma 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1 [See #3 in Part VII and Note in Part VIII] |
| 2.  Trustee | Trust #2 [See #4 in Part VII and Note in Part VIII] |
| 3.  Director | Oklahoma Medical Research Foundation (non-profit medical research organization) |
| 4.  Trustee | Saint Francis of Assisi Tuition Assistance Trust (non-profit educational assistance organization) |
| 5.  Trustee | Saint Clare of Assisi Disadvantaged Schools Trust (non-profit educational assistance organization) |
| 6.  Member | University of Tulsa College of Law Dean's Advisory Board (private educational institution) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investor Fund / Bank of Oklahoma, N.A. (Zero End Bal)See Part VIII (Y) | | | | | | | | | |
| 2. Property #1 - Tulsa, OK | | None | L | W | | | | | |
| 3. Trust #1 (See Note VIII) | | None | J | T | | | | | |
| 4. Trust #2 (See Note VIII) | | None | J | T | | | | | |
| 5. Schwab #1 - IRA | | | | | | | | | |
| 6. - Schwab Money Market Fund | | None | K | T | | | | | |
| 7. - Russell Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 8. - Russell Global Equity Fund | B | Dividend | L | T | | | | | |
| 9. - Baron Partners Fund | | None | L | T | | | | | |
| 10. - Royce Premier Fund | A | None | M | T | | | | | |
| 11. - PIMCO Total Return (Zero ending balance) | A | Dividend | | | Sold | 10/07/14 | K | B | |
| 12. - Jensen Portfolio Class I (Now known as "Jensen Quality Growth") | A | Dividend | L | T | | | | | |
| 13. - Loomis Sayles Global Markets | B | Dividend | M | T | | | | | |
| 14. - Artisan Int'l Fund | A | Dividend | L | T | | | | | |
| 15. -Royce Global Value Fd Invst | A | Dividend | K | T | | | | | |
| 16. -Nuance Concentrated Value | A | Dividend | L | T | | | | | |
| 17. - Artisan Int'l Small Cap | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Dodge & Cox Int'l | B | Dividend | L | T | | | | | |
| 19.   - Managers Fixed Income (Now known as "AMG GW&K") | C | Dividend | M | T | | | | | |
| 20.   - PIMCO All Asset All Auth Instit | D | Dividend | M | T | | | | | |
| 21.   - Stone Ridge High Yield | C | Dividend | K | T | | | | | |
| 22.   - Stone Ridge Reinsurance | D | Dividend | L | T | | | | | |
| 23.   -Metropolitian West Total Ret Bond | A | Dividend | K | T | Buy | 10/7/14 | K | | |
| 24.   -Schwab Strategic TR US | B | Dividend | L | T | Buy | 05/20/14 | L | | |
| 25.   Schwab #2 - Investment Acct. | | | | | | | | | |
| 26.   - Schwab Money Market Fund | | None | K | T | | | | | |
| 27.   - Wisdomtree EMSIF | B | Dividend | K | T | | | | | |
| 28.   - IShares Select Div. | A | Dividend | K | T | Buy (add'l) | 8/18/14 | K | | |
| 29. | | | | | Sold (part) | 09/03/14 | K | A | |
| 30.   - Nuveen Credit Strat | B | Dividend | J | T | Sold (part) | 01/20/14 | J | A | |
| 31. | | | | | Sold (part) | 02/20/14 | J | A | |
| 32. | | | | | Sold (part) | 04/07/14 | J | A | |
| 33. | | | | | Sold (part) | 07/23/14 | J | A | |
| 34.   - PIMCO All Asset All Auth | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PIMCO Income Strategy (Zero ending balance) | B | Dividend | | | Sold (part) | 02/20/14 | J | | |
| 36. | | | | | Sold | 09/26/14 | K | | |
| 37. -Maingate MLP FD Cl | A | Dividend | K | T | Buy | 08/18/14 | K | | |
| 38. -Thornburg Invt Income Builder | A | Dividend | K | T | Buy | 08/18/14 | K | | |
| 39. Schwab #3 - IRA | | | | | | | | | |
| 40. - Schwab Money Market | | None | J | T | | | | | |
| 41. - Russell Emerging Markets | A | Dividend | K | T | | | | | |
| 42. Schwab #4 - IRA(TMS) | | | | | | | | | |
| 43. -Schwab Money Market Fund (Zero ending balance) | | None | | | Closed | 05/21/14 | J | | |
| 44. -Schwab Strategic TR US (Zero ending balance) | A | Dividend | | | Sold | 05/20/14 | L | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE -    New funds added to an investment account are listed under that investment account header/line item.

# 1    Investor Fund / Bank of Oklahoma, N.A. - This account was closed in 2013, and the transaction was inadvertently omitted from my 2013 report.

# 3    Trust # 1 - The Trust is the named beneficiary of a life insurance policy issued by Northwestern Mutual Life on the life of an individual who is still living. There are no other Trust assets.

# 4    Trust # 2 - The Trust was created in 2000 to receive, hold and distribute certain assets. No assets were received, held, or distributed in 2014.

#42-43-44    This account was closed. Assets were transferred to Schwab #1 - See Line 24.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Claire V. Eagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544